JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　　vs.<br><br>WILLIAM BRADLEY DOWELL individually and as a sole proprietorship, doing business as TRI-COUNTY LAWN & TREE SERVICE,<br><br>　　　　　　Defendant. | Case No. 8:23-cv-02282-FWS-JDE<br><br>**JUDGMENT** |

///

///

///

# JUDGMENT

On May 28, 2024, the court granted Plaintiff Ameris Bank's ("Plaintiff"), doing business as Balboa Capital, Motion for Default Judgment against Defendant William Bradley Dowell ("Defendant").  (Dkt. 16.)  Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. Judgment is entered in this matter, in favor of Plaintiff, and against Defendant, individually and as a sole proprietorship, doing business as Tri-County Lawn & Tree Service in the total amount of **$185,184.08**; which represents (1) the principal amount owed of $177,504.00; (2) costs in the amount of $530.00; and (3) attorneys' fees in the amount of $7,150.08.
2. The Clerk is ordered to enter this Judgment forthwith.

**IT IS SO ORDERED**.

Dated:  June 3, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE